# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFREDO JAIMES, | Case No. CV 10-1883 GW (JCG) |
| Petitioner, | |
| v. | **JUDGMENT** |
| K. HARRINGTON, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Amended Report and Recommendation.

DATED: January 10, 2012

_____
HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE